MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendants
WOODMAND LABS, INC.,
TARGET CORPORATION,
SPORT CHALET, INC.,
QUIKSILVER, INC., and
RECREATIONAL EQUIPMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>Woodman Labs, Inc. dba GoPro; Target Corporation; Sport Chalet, Inc.; Quicksilver, Inc.; Recreational Equipment, Inc. dba REI; and Buy.com, Inc.,<br><br>         Defendants. | Case No.: 3:12-cv-2899-CAB-WVG<br><br>**NOTICE OF APPEARANCE OF ERIN SIMON** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that the following attorney shall now appear on behalf of Defendants, Woodman, Labs, Inc. dba GoPro; Target Corporation; Sport Chalet, Inc.; Quiksilver, Inc.; and Recreational Equipment, Inc. dba REI, and is authorized to receive service of all pleadings, notices, orders, and other papers in this action on behalf of said defendants:

Erin Simon, Esq. (CSB No. 268929)

Fenwick & West, LLP

555 California Street, 12th Floor

San Francisco, CA 94104

NOTICE OF APPEARANCE
OF ERIN SIMON

Case No.: 3:12-cv-2899-CAB-WVG

1    Tel: (415) 875-2300

2    Fax: (415) 281-1350

3    Email: esimon@fenwick.com

4    Erin Simon is admitted to practice and in good standing in the State of California, and was admitted to practice in the United States Court for the Southern District of California on March 25, 2010.

Dated: February 7, 2013      FENWICK & WEST LLP

By: */s/ Erin Simon*
    Erin Simon

Attorneys for Defendants
WOODMAND LABS, INC.,
TARGET CORPORATION,
SPORT CHALET, INC.,
QUIKSILVER, INC., and
RECREATIONAL EQUIPMENT, INC.

NOTICE OF APPEARANCE OF ERIN SIMON      2      Case No.: 3:12-cv-2899-CAB-WVG

23769/00408/SF/5422922.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of February 2013 in San Francisco, California.

FENWICK & WEST LLP

By: */s/ Erin Simon*
    Erin Simon

Attorneys for Defendants
WOODMAND LABS, INC.,
TARGET CORPORATION,
SPORT CHALET, INC.,
QUIKSILVER, INC., and
RECREATIONAL EQUIPMENT, INC.