MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
CAROLYN CHANG (CSB No. 217933)
cchang@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for WOODMAN LABS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>Woodman Labs, Inc. dba GoPro,<br><br>       Defendant. | Case No. 3:12-cv-02899 DMS-WVG<br><br>**NOTICE OF APPEARANCE** |

Bryan A. Kohm of Fenwick & West LLP hereby enters his appearance on behalf of Defendant Woodman Labs, Inc. Bryan A. Kohm's e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

Bryan A. Kohm:   bkohm@fenwick.com, anolen@fenwick.com

Dated: October 22, 2013           FENWICK & WEST LLP

                                   By: */s/ Bryan A. Kohm*
                                        Bryan A. Kohm

                                   Attorneys for Defendant
                                   WOODMAN LABS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 22, 2013 to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

By: */s/ Bryan A. Kohm*
Bryan A. Kohm

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO