MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for WOODMAN LABS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Woodman Labs, Inc. dba GoPro,<br><br>　　　　Defendant. | Case No. 3:12-cv-2899 DMS-WVG<br><br>**DEFENDANT'S NOTICE JOINING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:　December 20, 2013<br>Assigned to:　Hon. Dana M. Sabraw<br>Courtroom:　　13A |

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Notice is hereby given that Defendant Woodman Labs, Inc. dba GoPro ("GoPro") will and hereby does join Defendants' Motion to Stay Proceedings Pending Appeal, filed in Case No. 13-cv-785, e.Digital Corp. v. Apple Inc., ECF No. 54 and associated documents.

Dated: November 8, 2013　　　　　　　　　FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder
Erin Simon
*Attorneys for Woodman Labs, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of November, 2013 in San Francisco, California.

FENWICK & WEST LLP

By: /s/ *Michael J. Sacksteder*
     Michael J. Sacksteder
     *Attorneys for Woodman Labs, Inc.*